IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICHARD GILLIAM**                                                                                   **PLAINTIFF**
**#209415**

V.                              Case No. 4:20-cv-00926-LPR-JTR

**DYLAN BERRYMAN, Deputy;**
**KEVIN SMITH, Jail Administrator;**
**and WILLIAM SHIPP, Deputy,**
**Lonoke County Jail**                                                                                **DEFENDANTS**

### ORDER

The Court has received a Recommendation for dismissal from Magistrate Judge J. Thomas Ray. No objections have been filed, and the time to do so has now passed. After a careful and *de novo* review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Gilliam's claims are DISMISSED without prejudice for failure to state a claim upon which relief may be granted. This dismissal constitutes a "strike" under 28 U.S.C. § 1915(g). Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith. Finally, the outstanding Motion (Doc. 4) is moot and should be administratively terminated by the clerk.

IT IS SO ORDERED this 16th day of April, 2021.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE