IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| **RICHARD GILLIAM** **#209415** | | **PLAINTIFF** |
| V. | Case No. 4:20-cv-00926-LPR-JTR | |
| **DYLAN BERRYMAN, Deputy;** **KEVIN SMITH, Jail Administrator;** **and WILLIAM SHIPP, Deputy,** **Lonoke County Jail** | | **DEFENDANTS** |

## JUDGMENT

Consistent with the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice for failure to state a claim upon which relief may be granted. The dismissal constitutes a "strike" for purposes of 28 U.S.C. § 1915(g). Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Judgment or the accompanying Order would not be taken in good faith.

IT IS SO ADJUDGED this 16th day of April, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE